David DENNIS, Plaintiff-Appellant,

v.

William T. BROWNING, Defendant-Appellee.

No. 79–2736

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 12, 1980.

David Dennis, pro se.

Michael H. Davidson, Tallahassee, Fla., for defendant-appellee.

Before GODBOLD, REAVLEY, and ANDERSON, Circuit Judges.

PER CURIAM:

The judgment of dismissal is vacated and the case is remanded for further proceedings, including consideration of the Florida parole statutes in the light of *Greenholtz v. Inmates of the Nebraska Penal and Correctional Complex,* 442 U.S. 1, 99 S.Ct. 2100, 60 L.Ed.2d 668 (1979). *Williams v. Briscoe,* 599 F.2d 620 (5th Cir. 1979).

VACATED and REMANDED.